## McGANN v. UNITED STATES.

No. 488, Misc.   Decided March 28, 1960.

Petitioner *pro se*.

*Solicitor General Rankin* for the United States.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.   Upon the suggestion of the Solicitor General that inasmuch as the petitioner had been granted leave to proceed *in forma pauperis* by the District Court, the application to the Court of Appeals was unnecessary, the judgment of the Court of Appeals is vacated and the case is remanded to that Court for further proceedings.